UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE MOTA TEPOZOTLAN,

Petitioner,

v. Case No.: 2:26-cv-02160-SPC-NPM

IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent,
_______________________________/

**OPINION AND ORDER**

Before the Court are Jose Mota Tepozotlan's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 5).

Mota Tepozotlan is a native of Mexico who entered the United States without inspection on May 20, 1998. On March 27, 2026, Immigration and Customs Enforcement ("ICE") took Mota Tepozotlan into custody following his conviction for driving under the influence and commenced removal proceedings by issuing a notice to appear. Mota Tepozotlan requested a custody redetermination hearing, and on June 4, 2026, an immigration judge found he is a flight risk and danger to the community and denied release on bond.

Mota Tepozotlan argues his detention is unlawful under *Zadvydas v. Davis*, 533 U.S. 678 (2001) because removal is not likely in the reasonably foreseeable future. But that framework applies to noncitizens detained under

8 U.S.C. § 1231 after becoming subject to an administratively final removal order. No immigration judge has ordered Mota Tepozotlan removed, so he is currently detained under 8 U.S.C. § 1226(a). He received due process in the form of an individualized bond hearing. Accordingly, Mota Tepozotlan's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on July 21, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record